**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2611-22

STATE OF NEW JERSEY,

    Plaintiff-Respondent,

v.

ONE PARCEL OF LAND
COMMONLY KNOWN AS 275
FARRANT TERRACE, TEANECK,
NEW JERSEY, OWNED BY:
BIRMANIA RINCON, ASSESSED
VALUE:  $303,100.00,

    Defendant-Appellant.

_____

Submitted January 23, 2024 – Decided January 30, 2024

Before Judges Whipple, Enright and Paganelli.

On appeal from the Superior Court of New Jersey, Law Division, Bergen County, Docket No. L-0723-21.

Dimin Fierro, LLC, attorneys for appellant (William N. Dimin, of counsel; Gabrielle M. Bamberski, on the brief).

Mark Musella, Bergen County Prosecutor, attorney for respondent (K. Charles Deutsch, Assistant Prosecutor, of counsel and on the brief).

PER CURIAM

The court being advised by the parties that the issues in dispute have been amicably resolved, the appeal is dismissed with prejudice and without costs to either party.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2611-22